AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022

SEAN F. McAVOY, CLERK

SHAWN LEE C.,

_____  )
                *Plaintiff*          )
            v.                       )     Civil Action No.   1:21-CV-3113-RMP
                                     )
COMMISSIONER OF SOCIAL SECURITY,     )
                                     )
_____
                *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  The parties' Stipulated Motion for Remand, ECF No. 13, is GRANTED: The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Plaintiff's Motion for Summary Judgment, ECF No. 10, is DENIED AS MOOT. Judgment entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Rosanna Malouf Peterson _____ on a stipulated motion for remand.

Date:  04/11/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Mishani Jack-Gonzalez
_____
*(By) Deputy Clerk*

Mishani Jack-Gonzalez
_____